**STIP**
J. CHIP SIEGEL, CHTD.
Jay L. Siegel, Esq.
Nevada State Bar No. 4748
601 South 7th Street
Las Vegas, Nevada  89101
(702) 387-2447

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**\* \* \***

| | |
|---|---|
| UNITED STATES OF AMERICA,                     )<br>                                                            )<br>                          Plaintiff,          )<br>                                                            )<br>vs.                                                      )<br>                                                            )<br>KATELYNN HUNWARDSEN              )<br>                                                            )<br>                          Defendant.        )<br>_____ ) | 2:25-mj-362-MDC<br><br>**STIPULATION AND ORDER<br>TO CLOSE CASE** |

**IT IS HEREBY STIPULATED AND AGREED,** by and between JAY L. SIEGEL, attorney for Defendant, KATELYNN HUNWARDSEN, and JOSEPH SCISCENTO, Assistant United States Attorney, attorney for Plaintiff, UNITED STATES OF AMERICA, that the status check currently scheduled for May 28, 2026, at the hour of 9:30 a.m., be vacated and the case be closed.

This Stipulation is entered into for the following reasons:

1.  The Court set a status conference on May 28, 2026.

2.  The Defense provided the government with proof KATELYNN HUNWARDSEN has completed the court-ordered requirements

3.  The Government has confirmed that KATELYNN HUNWARDSEN has remained out of trouble as required by the court.

HUNWARDSEN STIPULATION - 1

4. The plea agreement in this case allows KATELYNN HUNWARDSEN to withdraw her plea of guilty to Operating a Motor Vehicle while Under the Influence of Alcohol, a violation of 36 C.F.R. § 4.23(a)(1)

5. Instead, the Court would find her guilty of Reckless Driving, a violation of 36 C.F.R. § 4.2(b), N.R.S. § 484.653(1). Pursuant to 36 C.F.R. § 4.2(b) and N.R.S. § 484B.653(1).

Accordingly, the parties request that this COURT close this case as RECKLESS DRIVING and vacate the upcoming court date

DATED this ____5th____ day of  May, 2026 _____

By ___/s/ Jay L Siegel _____
JAY L. SIEGEL
Counsel for Geraldo Cabral
601 South 7th Street
Las Vegas, Nevada 89101
Attorney for Defendant

By___/s/ Joseph Sciscento___
JOSEPH SCISCENTO
Assistant U.S. Attorney
501 Las Vegas Boulevard, Suite 1100, Las Vegas, Nevada 89101
Attorney for Plaintiff

**ORDER**

IT IS THEREFORE ORDERED that this Court vacates the May 28, 2026, court date, and finds KATELYNN HUNWARDSEN guilty of RECKLESS DRIVING and closes this case.

DATED this ___6th_____ day of _____May, 2026___, _____

_____
UNITED STATES MAGISTRATE JUDGE